PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

Crim. No. 7:11-MJ-1261-1

JOSEPH MICHAEL NEUENSCHWANDER

On April 12, 2012, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

Respectfully submitted,

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of November, 2012.

Robert B. Jones, Jr.
U.S. Magistrate Judge